[No. 46721-6-II. Division Two. April 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ALLEN COCHRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00688-4, Richard L. Brosey, J., entered October 1, 2014. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick and Lee, JJ.

[No. 46794-1-II. Division Two. April 12, 2016.]

*In the Matter of the Marriage of* RICHARD LEE MURSCH, *Respondent*, and AERAN HAN MURSCH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-3-02636-1, Ronald E. Culpepper, J., entered November 21, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson and Lee, JJ.

[No. 46869-7-II. Division Two. April 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN ALAN OLESON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-00266-0, Kevin D. Hull, J., entered October 17, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Maxa, A.C.J., concurred in by Melnick and Sutton, JJ.

[No. 47094-2-II. Division Two. April 12, 2016.]

*In the Matter of the Personal Restraint of* JESSUP BERNARD TILLMON, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Worswick, J.